UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARSHALL A. WEXLER,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SAN DIEGO; et al.,<br><br>      Defendants - Appellees. | No. 24-7466<br><br>D.C. No.<br>3:24-cv-00137-DMS-DDL<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and TALLMAN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable).  Consequently, this appeal is dismissed for lack of jurisdiction.

     **DISMISSED.**