Marshall Wexler
4193 Flat Rock Drive Suite 2000 #439
Riverside CA 92505
3477994984 or 6467455627
Mwexleresq@gmail.com

FILED
APR 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall A. Wexler, <br><br> Plaintiff, <br><br> v. <br><br> San Diego, et al. <br><br> Defendants. | Case No. 24-cv-0137-CAB-DDL <br><br> **THE PARTIES' JOINT MOTION TO SET A BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** <br><br> Date:     April 7, 2025 <br> Courtroom: <br><br> Judge:    Hon. Benjamin Cheeks <br> Courtroom: |

Plaintiff filed his third amended complaint and Judge Sabraw was reassigned, Plaintiff added additional defendants and new parties, which have been served some did not respond. Plaintiff's reply papers are due over his Passover, and in order to give Plaintiff time and respect to celebrate Passover, the parties request the Court set a briefing schedule as follows.

The Plaintiff, with these Parties, propose setting Plaintiff's opposition for **April 28, 2025**. Again, this date allows Plaintiff time to celebrate Passover. During the meet and confer process for this motion, Plaintiff stated he wished to respond to all motions to dismiss in a single filing, so the parties propose Plaintiff's opposition

1

24-cv-0137-CAB-DDL

to all motions be due by **April 28, 2025**. The parties propose Defendants' replies would be due by **May 16, 2025**. Marshall Wexler Requests Oral Argument.

Dated: April 7, 2025          HEATHER FERBERT, City Attorney

By _____
  Elizabeth L.A. Biggerstaff
  Deputy City Attorney

Attorneys for Defendants
City of San Diego; Chief David Nisleit; Chief Paul Connelly; Chief Tina Williams, Captain Benjerwin Manansala; Officer Madison; Officer Andrew Scheidecker; Officer Hibbard; Officer Rayas; and Officer Brandon Inzunza

Dated: April 7, 2025          MICHAEL G. OLINIK

By _____
  Michael G. Olinik

Attorneys for Defendants Weston Daniel Fisk *as owner and operator of Dup-A-Key Inc;* Dup-A-Key, Inc.

Dated: April 7, 2025          SARA RASMUSSEN

By _____
  Sara Rasmussen

Attorneys for Defendants Rough Rider Real Estate, Inc. *doing business as* Wiese & Associates; Erik Wiese *as owner and operator of Rough Rider Real Estate, Inc.*

Dated: April 7, 2025          MARSHALL A. WEXLER

By  s _____
  Marshall A. Wexler

Pro Se Plaintiff

April 18, 2025

**TO:**
Hon. Judge Benjamin Cheeks
Southern District Court of California
Courtroom: 3A (3rd Flr)
Chambers Rm. #: 3130
Telephone: (619) 446-3972

Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA 92101

**VIA HAND DELIVERY TO CLERK**

**CC:**
Defense Counsel for:
Locksmith Michael Olinik
Police Officers Elizabeth L.A. Biggerstaff
Wiese Real Estate Management Corporation
Sara Rasmussen
Toni Wood

**Re: Wexler v. San Diego, et al., Case No. 24-CV-0137**

Dear Judge Cheeks,

I hope this letter finds you well. I am the Plaintiff in the case referenced above, and I am writing to respectfully request a brief continuance until April 28, 2025, due to the observance of the Passover holiday. I have already obtained consent from the Defendants for this ten-day extension. However, I have been unable to secure consent from Defendant Toni Wood, as I believe she is unwilling to communicate with me. I also suspect that Anne Dierickx, my landlord and currently inactive attorney, is ghostwriting for Ms. Wood, due to their close personal and professional ties.

Additionally, I would like to take this opportunity to clarify that I am not prosecuting this case as a class action, but as a discrete matter, in which I seek to add new defendants and causes of action. This will allow me to provide more detailed claims based on my personal experience, which differs from those who have also been illegally evicted by the police. I was previously unaware of the full scope of California's strict non-discriminatory housing laws and am now seeking to include causes of action related to my belief that my eviction was motivated by anti-Semitic bias.

Therefore, I respectfully request that the Court permit me to file a Fourth Amended Complaint, with the related motion to allow the amendments to relate back to the date of the original filing. These new defendants should have been added at that time, but due to my oversight and recent discovery of their involvement, I now seek to include them. This includes city officials such as the Mayor, Police Chief, and District Attorney, who failed to implement policies that would adequately protect individuals from illegal evictions. Further, these officials have allowed policies that ethnically and racially profile certain groups while excluding others from protections against illegal evictions.

Regarding discovery, I have yet to recover the text messages from my Verizon phone, which were deleted by a store employee when my phone broke in March 2024. While I have most of my written electronic correspondence with Ms. Dierickx, I respectfully request additional discovery from both my phone provider and the Defendants, including phone records relevant to this case.

Thank you for your attention to these matters. I look forward to your guidance on how to proceed.

Sincerely,
**Marshall Wexler, Esq.**
Pro Se Plaintiff

/s_____
4193 Flat Rock Drive, Suite 2000 #439
Riverside, CA 92505
(347) 799-4984 or (646) 745-5627
Mwexleresq@gmail.com