STONE KALFUS LLP
3838 CAMINO DEL RIO NORTH, SUITE 210
SAN DIEGO, CA 92108
O: 858.832.2600 | F: 877.736.2601
EMAIL: SARA.RASMUSSEN@STONEKALFUS.COM
Attorney: Sara L. Rasmussen, ESQ. (SBN 279984)

Attorney for Defendants ROUGH RIDER REAL ESTATE INC., dba WIESE & ASSOCIATES and ERIK WIESE

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL A. WEXLER, | Case No.: 24-cv-00137-BJC-DDL |
| Plaintiff, | **AMENDED PROOF OF SERVICE** |
| vs. | |
| CITY OF SAN DIEGO, CALIFORNIA, SAN DIEGO POLICE DEPARTMENT, CHIEF OF POLICE DAVID NISLEIT, DEPARTMENT OF OPERATIONS EXECUTIVE ASSISTANT CHIEF PAUL CONNELLY, PATROL OPERATIONS ASSISTANT CHIEF TINA WILLIAMS, NORTHERN PATROL CAPTAIN BENJERWIN MANANSALA, OFFICER MADISON BADGE # 1546, OFFICER ANDREW SCHEIDECKER BADGE# 6827, OFFICER HIBBARD BADGE# 1540, OFFICER RAYAS BADGE# 1680, OFFICER BRANDON INZUNZA BADGE# 1515, AND OTHER UNKNOWN OFFICERS DETECTIVES SERGEANTS LIEUTENANTS AND CAPTAINS WERE POLICE OFFICERS OF THE SAN DIEGO POLICE DEPARTMENT, DUP-A | Judge: Hon.            Hon. Benjamin Cheeks<br>Courtroom:           3A<br>Third Amended<br>Complaint Filed:    December 30, 2024<br><br>Hearing Date:       June 5, 2026<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

1

**PROOF OF SERVICE**

KEY INC., WESTON DANIEL FISK, )
AS OWNER AND OPERATOR OF )
DUP-A KEY INC., ROUGH RIDER )
REAL ESTATE, INC . DBA WIESE )
& ASSOCIATES, ERIK WIESE AS )
OWNER AND OPERATOR OF )
ROUGH RIDER REAL ESTATE, )
INC.; )
    )
    )
            Defendants. )
    )

I am a citizen of the United States and am employed in the City and County of San Diego, California. I declare that I am over the age of eighteen (18) years of age and not a party to this action.  My business address is 3838 Camino Del Rio North, Suite 210, San Diego, California 92108.  I declare that I am a member of the bar of this court.

On the date below, I served true and correct copies of the following documents:

**DEFENDANTS ROUGH RIDER REAL ESTATE INC., dba WIESE & ASSOCIATES AND ERIK WIESE'S AMENDED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(b)**

On the following person(s) by:

| Marshall A. Wexler | Toni DOE |
|---|---|
| 5434 Geary Blvd., #1 | 1330 Diamond Street |
| San Francisco, CA 94121 | San Diego, CA 92109 |

[X] **BY MAIL**.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Federal Rules of Civil Procedure Rule 5(b)2(C).  I am aware that on a motion of party served, service is presumed invalid if

postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X] Electronic Filing: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 1, 2026

Respectfully submitted,

**STONE KALFUS LLP**

By:  _____

SARA L. RASMUSSEN
Attorney for Defendants ROUGH RIDER REAL ESTATE INC., dba WIESE & ASSOCIATES and ERIK WIESE

3
**PROOF OF SERVICE**