UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARSHALL A. WEXLER,

Plaintiff,

vs.

TONI DOE; COUNTY OF SAN DIEGO, CALIFORNIA; SUMMER STEPHAN, DISTRICT ATTORNEY FOR THE COUNTY OF SAN DIEGO; TWO UNNAMED BUREAU OF INVESTIGATION OFFICERS FOR THE COUNTY OF SAN DIEGO, CALIFORNIA; CITY OF SAN DIEGO, CALIFORNIA; SAN DIEGO POLICE DEPARTMENT; CHIEF OF POLICE DAVID NISLEIT; DEPARTMENT OF OPERATIONS EXECUTIVE ASSISTANT CHIEF PAUL CONNELLY; PATROL OPERATIONS ASSISTANT CHIEF TINA WILLIAMS; NORTHERN PATROL CAPTAIN BENJERWIN MANANSALA; POLICE OFFICER CHRISTOPHER TIVANIS; POLICE OFFICER JONATHAN WIESE; OFFICER MADISON BADGE # 1546; OFFICER ANDREW SCHEIDECKER BADGE # 6827; OFFICER HUBBARD

Case No.:  3:24-cv-00137-JES-DDL

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

**[ECF Nos. 77, 78]**

1

3:24-cv-00137-JES-DDL

BADGE # 1540; OFFICER RAYAS BADGE # 1680; OFFICER BRANDON INZUNZA BADGE # 1515; AND OTHER UNKNOWN OFFICERS DETECTIVES SERGEANTS LIEUTENANTS AND CAPTAINS WHO WERE POLICE OFFICERS OF THE SAN DIEGO POLICE DEPARTMENT; DUP-A KEY INC.; ROUGH RIDER REAL ESTATE, INC./DBA WIESE & ASSOCIATES; ERIK WIESE AS OWNER AND OPERATOR OF ROUGH RIDER REAL ESTATE, INC.; TWO UNNAMED SAN DIEGO COUNTY, CALIFORNIA DISTRICT ATTORNEY'S OFFICE BUREAU OF INVESTIGATION OFFICERS, ASSISTANT CHIEF OF POLICE AND CHIEF OF POLICE; TODD GLORIA, MAYOR OF SAN DIEGO, CALIFORNIA; CHLOE MADISON, CHIEF OF PUBLIC AFFAIRS,

Defendants.

On January 19, 2024, Plaintiff Marshall A. Wexler ("Plaintiff"), proceeding pro se, filed his initial Complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. ECF No. 1. On February 15, 2024, the Court dismissed the action *sua sponte* for Plaintiff's failure to pay the filing fee or submit a motion to proceed in forma pauperis. ECF No. 4. On February 21, 2024, Plaintiff filed a First Amended Complaint but did not pay the filing fee again. ECF No. 5. On March 1, 2024, Plaintiff filed a Second Amended Complaint ("SAC") and subsequently paid the filing fee on March 6, 2024. ECF Nos. 8, 9. On November 4, 2024, the Court granted Defendants' motion to dismiss the SAC. ECF No. 43. On December 30, 2024, Plaintiff filed a Third Amended Complaint ("TAC") adding additional claims and Defendants. ECF No. 48. On March 31, 2026, the Court granted Defendants' motion to dismiss the TAC. ECF No. 76. The Court granted Plaintiff leave to

2

3:24-cv-00137-JES-DDL

file a Fourth Amended Complaint ("FAC") and ordered Plaintiff to file the FAC no later than April 30, 2026.

As of the date of this Order Plaintiff has not filed an FAC, nor has he contacted the Court to request an extension. Accordingly, the Court **DISMISSES** this action with prejudice for failure to prosecute. The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED**.

Dated:  June 29, 2026

Honorable James E. Simmons Jr.
United States District Judge

3

3:24-cv-00137-JES-DDL